# United States District Court
CENTRAL DISTRICT OF ILLINOIS

## AMENDED JUDGMENT IN A CIVIL CASE

CYDNEY A. CRUE, JOHN M. MCKINN, DEBBIE A. REESE,
BRENDA M. FARNELL, FREDERICK E. HOXIE, STEPHEN
KAUFFMAN, and PHILIP W. PHILLIPS,
     vs.

Case Number: **01-1144**

MICHAEL T. AIKEN, Chancellor of the
University of Illinois at Champaign, IL, in his
official capacity;
MICHAEL T. AIKEN, Chancellor of the
University of Illinois at Champaign, IL.,
solely in his individual capacity;
NANCY E. CANTOR, Chancellor of the
University of Illinois at Champaign, IL
in her individual and official capacities

☐ **DECISION BY THE COURT**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  that pursuant to Order dated 12/17/01, Michael Aiken in his official capacity and Nancy Cantor in her individual and official capacity are dismissed. Pursuant to Order dated 5/24/02 summary judgment as to liability is entered in favor of Plaintiffs and against Defendant Michael Aiken in his individual capacity. The Court finds pursuant to the Order dated 9/3/02 against the Defendant Michael Aiken in his individual capacity and in favor of Plaintiffs Crue, Farnell, Hoxie, Kaufman and Phillips in the amount of $1,000.00 each as compensatory damages, plus costs. On 04/08/03, Court further awards attorneys fees and expenses in the amount of $208,812.99 and costs in the amount of $2,949.35 in favor of Plaintiffs and against Defendant Aiken.  On 6/26/03, Court further awards an additional $7,740.00 in fees and $215.12 in related expenses.
On 1/11/05, Court further awards additional attorneys fees on appeal in the amount of $124,198.00 in favor Plaintiffs and against Defendant Aiken.

ENTER this 12th day of January, 2005

    s/ John M. Waters
    JOHN M. WATERS, CLERK

    s/ C. Douglas
    BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case

01-1144.wpd